**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelet Michael Smith, | No. CV-25-02243-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Amber Cheney, et al., | |
| Defendants. | |

The Court **grants** Plaintiff's Motion for Clarification (Doc. 67) and issues the following clarifications regarding its Order granting Defendants' Motion to Dismiss (Doc. 66):

1. Plaintiff may amend his Coercion and Religious Manipulation Involving Minors claim insofar as such a claim does not arise under 42 U.S.C. § 1983.[1]
2. Plaintiff is given leave to amend his Invasion of Privacy / Intrusion Upon Seclusion claim.
3. Plaintiff's IIED claim did not satisfy Federal Rule of Civil Procedure 8 and thus remains dismissed without prejudice.
4. The Court's Order applies to each Defendant.
5. The Clerk's Entry of Default as to Defendant Keeley Smith (Doc. 64) has not been modified. Although unclear, it appears the only claim asserted against Defendant Smith was the Coercion and Religious Manipulation Involving Minors claim. That claim was dismissed without prejudice.

///

///

---

[1] The Court notes that it is not aware of such a claim and is skeptical of its existence.

Accordingly,

IT IS **ORDERED** giving Plaintiff thirty (30) days after the date this Order is issued to file a Second Amended Complaint.

Dated this 2nd day of July, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge